**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,** | § § § § § | **Case No. _____** |
| **Petitioners,** | § § | |
| **v.** | § § | |
| **SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,** | § § § § | |
| **Respondents.** | | |

**MOTION OF PETITIONERS ERICSSON INC. AND TELEFONAKTIEBOLAGET LM
ERICSSON FOR THE ISSUANCE OF LETTERS OF REQUEST FOR
INTERNATIONAL JUDICIAL ASSISTANCE**

Petitioners Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson"),

Respondents in Certain Wireless Communications Equipment and Articles Therein, Investigation

No. 337-TA-866 (hereinafter "ITC investigation") before the U.S. International Trade

Commission ("ITC"), hereby move for the Court to issue, under its seal and signature, the

attached Letters of Request on behalf of Ericsson to obtain documents and deposition testimony

from the following foreign third parties:

Bumman Kim
LG Electronics Bldg. R217
San31, Hyojadong, Pohang
790-784, Korea

Young Yun Woo
304-703, Dasoop-Castle APT
Bansong-dong, Hwaseong-si
Gyeonggi-do, Republic of Korea

McKool 877602v1

Jaehyok Yi
2505 Sindorim Posvill Bldg., 102
Saemal-ro, Guro-gu
Seoul, Korea 152-770

Youngoo Yang
119-702 Yedang Maeul Umirin Jeil Punggyeongchae
Apt. 277
Dongtanbanseok-ro, Hwaseong-si
Gyeonggi-do, Korea, 445-853

Jae-Chon Yu
111-1206, Saemmeori Apt., 174
Munye-ro, Seo-gu
Daejeon, Korea
zip code : 302-777

Kang-yoon Lee
507-1801, Shinhwa Apt.
Jeongdeun Maeul, 192
Jeongja, Bundang-gu, Sungman-city
Kyungki-do, Republic of Korea

Jong-woo Park
A-402, Jindo Villa
Cheongdam-dong, Kangnam-gu
Seoul, Republic of Korea

Administrative Law Judge E. James Gildea has recommended that the United States Court for the District of Columbia issue the Letters of Request for foreign discovery from Bumman Kim, Young Yun Woo, Jaehyok Yi, and Youngoo Yang because they are named inventors on the U.S. Patent No. 6,617,929 ("the '929 patent") asserted in the ITC investigation and are, therefore, likely to be knowledgeable about, and to have documents in their possession, custody, and control related to the conception and reduction to practice of the alleged inventions in the '929 patent as well as information regarding the scope, patentability, enforceability, and ownership of the '929 patent.  Judge Gildea has also recommended that the United States Court

2

for the District of Columbia issue a Letter of Request for foreign discovery from Jae-Chon Yu because he is a named inventor on U.S. Patent No. 7,782,749 ("the '749 patent") asserted in the ITC investigation and is, therefore, likely to be knowledgeable about, and to have documents in his possession, custody, and control related to the conception and reduction to practice of the alleged inventions in the '749 patent as well as information regarding the scope, patentability, enforceability, and ownership of the '749 patent.  Last, Judge Gildea has recommended that the United States Court for the District of Columbia issue Letters of Request for foreign discovery from Kang-yoon Lee and Jong-woo Park because they are named inventors on the asserted U.S. Patent No. 6,767,813 ("the '813 patent") and, therefore, likely to be knowledgeable about, and to have documents in their possession, custody, and control related to the conception and reduction to practice of the alleged inventions in the '813 patent as well as information regarding the scope, patentability, enforceability, and ownership of the '813 patent.

For the reasons set forth more fully in the accompanying memorandum, Ericsson respectfully requests that the Court assign a Judge to this matter and expedite the issuance of the attached Letters of Request.

Ericsson moved in the ITC for the administrative law judge to recommend that this Court issue a letter of request on behalf of Ericsson to obtain discovery from Bumman Kim in Korea on March 22, 2013, Young Yun Woo in Korea on March 22, 2013, Jaehyok Yi in Korea on March 26, 2013, Youngoo Yang in Korea on March 26, 2013, Jae-Chon Yu in Korea on March 26, 2013, Kang-yoon Lee in Korea on March 29, 2013, Jong-woo Park in Korea on March 29, 2013, and the Administrative Law Judge granted Ericsson's motions on April 1, 2013. No party filed any response to the motions.

McKool 877602v1

**Dated: April 8, 2013.**

Respectfully submitted,

McKOOL SMITH, P.C.

Brandon Jordan
McKool Smith, P.C.
1999 K Street NW, Suite 600
Washington, D.C. 20006
Tel: (202) 370-8300
Fax: (202) 370-8344
bjordan@mckoolsmith.com

**ATTORNEY FOR PETITIONERS
ERICSSON INC. AND
TELEFONAKTIEBOLAGET LM ERICSSON**

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON,** | § § § § § | **Case No. _____** |
| **Petitioners,** | § § | |
| **v.** | § § | |
| **SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,** | § § § | |
| **Respondents.** | | |

**MEMORANDUM OF LAW IN SUPPORT OF PETITIONERS ERICSSON INC. AND
TELEFONAKTIEBOLAGET LM ERICSSON FOR THE ISSUANCE OF LETTERS OF
REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Petitioners Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson"),

Respondents in Certain Wireless Communications Equipment and Articles Therein, Investigation

No. 337-TA-866 before the U.S. International Trade Commission ("ITC"), hereby submit this

memorandum in support of its motion for this Court to issue, under its seal and signature, the

attached Letters of Request to the appropriate judicial authority of Korea.

Ericsson is defending itself in the aforementioned ITC investigation involving allegations

that Ericsson infringes certain of Samsung's patents.   Ericsson moved in the ITC for the

administrative law judge to recommend that this Court issue letters of request on behalf of

Ericsson to obtain discovery from Bumman Kim in Korea on March 22, 2013, Young Yun Woo

in Korea on March 22, 2013, Jaehyok Yi in Korea on March 26, 2013, Youngoo Yang in Korea

on March 26, 2013, Jae-Chon Yu in Korea on March 26, 2013, Kang-yoon Lee in Korea on

McKool 877602v1

March 29, 2013, Jong-woo Park in Korea on March 29, 2013. No party filed any response to the motions. On April 1, 2013, Administrative Law Judge E. James Gildea, based on his knowledge of the case, signed an order recommending that the U.S. District Court for the District of Columbia issue the Letters of Request on behalf of Ericsson.

The Letters of Request, along with the required translation, solicits assistance from the Director of International Affairs of the National Court Administration of the Republic of Korea to obtain certain documents and deposition testimony relevant to this Investigation and unobtainable through other means from Bumman Kim, Young Yun Woo, Jaehyok Yi, Youngoo Yang, Jae-Chon Yu, Kang-yoon Lee, and Jong-woo Park for use at the hearing in this Investigation. Ericsson respectfully requests that the Court issue the attached Letters of Request.

The documents attached to this Memorandum include a copy of Judge Gildea's order recommending issuance of the Letters of Request (Exhibit 1) along with a copy of each proposed Letter of Request and accompanying translations (Exhibits 2-15), as follows:

- Exhibit 1: Order No. 12: Granting Respondents' Motion Seeking Recommendation to the District Court for the District of Columbia to Issue Letters of Request (April 1, 2013), signed by Administrative Law Judge E. James Gildea and Secretary to the Commission Lisa R. Barton.

- Exhibit 2: PROPOSED Letter of Request to Bumman Kim in English with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 3: PROPOSED Letter of Request to Bumman Kim in Korean with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 4: PROPOSED Letter of Request to Young Yun Woo in English with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 5: PROPOSED Letter of Request to Young Yun Woo in Korean with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

2

- Exhibit 6: PROPOSED Letter of Request to Jaehyok Yi in English with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 7: PROPOSED Letter of Request to Jaehyok Yi in Korean with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 8: PROPOSED Letter of Request to Youngoo Yang in English with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 9: PROPOSED Letter of Request to Youngoo Yang in Korean with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 10: PROPOSED Letter of Request to Jae-Chon Yu in English with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 11: PROPOSED Letter of Request to Jae-Chon Yu in Korean with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 12: PROPOSED Letter of Request to Kang-yoon Lee in English with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 13: PROPOSED Letter of Request to Kang-yoon Lee in Korean with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 14: PROPOSED Letter of Request to Jong-woo Park in English with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

- Exhibit 15: PROPOSED Letter of Request to Jong-woo Park in Korean with Attachments A-E (Requests for Production of Documents, Topics for Deposition, Protective Order, Ground Rules, and the Complaint)

In support of this Motion, Ericsson respectfully states as follows:

## I. THE DISTRICT COURT HAS AUTHORITY TO ISSUE LETTERS OF REQUEST UNDER THE HAGUE CONVENTION

The Hague Convention provides that "[i]n civil or commercial matters a judicial authority

of a Contracting State may, in accordance with the provision of the law of that State, request the

3

competent authority of another Contracting State, by means of a Letter of Request, to obtain evidence, or to perform some other judicial act." Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, Art. 1, opened for signature, Mar. 18, 1970, 23 U.S.T. 2555 (hereinafter "Hague Convention").  Both the United States and the Republic of Korea are parties to the Hague Convention. The United States ratified the Hague Convention on August 8, 1972, the Republic of Korea on December 14, 2009. *See* Hague Conf. on Private Int'l Law, Status Table: Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, *available at* http://www.hcch.net/index_en.php?act=conventions.status &cid=82 (last visited April 4, 2013).

The Hague Convention authorizes the District Court for the District of Columbia to issue the Letters of Request. *See Société Nationale Industrielle Aérospatiale v. U.S. Dist. Court*, 482 U.S. 522, 535 (1987) (stating that a judicial authority in one contracting state 'may' forward a Letter of Request to the competent authority in another contracting state for the purpose of obtaining evidence"); 28 U.S.C. § 1781(b)(2) (permitting "the transmittal of a letter rogatory or request directly from a tribunal in the United States to the foreign or international tribunal, officer, or agency to whom it is addressed and its return in the same manner").  Under the Hague Convention, evidence can be compelled pursuant to a Letter of Request transmitted directly from a court in the United States to the Central Authority and addressed to the appropriate central authority in the official language of that authority.  *See* Republic of Korea Judicial Assistance, Obtaining Evidence in Civil and Commercial Matters, *available at* http://travel.state.gov/law/judicial/judicial_4735.html (last visited April 4, 2013).  For Bumman Kim, Young Yun Woo, Jaehyok Yi, Youngoo Yang, Jae-Chon Yu, Kang-yoon Lee, and Jong-woo Park, the appropriate authority is the central authority of the Republic of Korea, namely the

4

Director of International Affairs of the National Court Administration *available at* http://www.hcch.net/index_en.php?act=authorities.details&aid=846 (last visited April 4, 2013).

Administrative Law Judges have issued such Requests to the District Court for the District of Columbia in other investigations. *See, e.g.*, *Certain Mobile Elec. Devices Incorporating Haptics*, Inv. No. 337-TA-834, Order No. 14 (Sept. 17, 2012) (issuing a request to the District Court for the District of Columbia to issue a Letter of Request to Korea); *Certain Elec. Devices with Commc'n Capabilities, Components Thereof, & Related Software*, Inv. No. 337-TA-808, Order No. 14 (May 13, 2012) (issuing a request to the District Court for the District of Columbia to issue a Letter of Request to the United Kingdom); *Certain Wireless Devices with 3G Capabilities & Components Thereof*, Inv. No. 337-TA-800, Order No. 12 (Jan. 5, 2012) (issuing a request to the District Court for the District of Columbia to issue a Letter of Request to Switzerland).

## II.    BACKGROUND

### A.  BUMMAN KIM IS IN POSSESSION OF RELEVANT DOCUMENTS AND INFORMATION IN KOREA

Bumman Kim is one of the named inventors of the asserted United States Patent No. 6,617,929 ("the '929 patent"). Samsung asserts that Ericsson's wireless communications equipment that contain a Doherty Amplifier infringe the '929 patent. *See Compl.* ¶¶ 33-35. In order for Ericsson to rebut these assertions, it seeks relevant documents and information from Bumman Kim regarding the conception and reduction to practice of the alleged inventions in the '929 patent as well as information regarding the scope, patentability, enforceability, and ownership of the '929 patent.

**B. YOUNG YUN WOO IS IN POSSESSION OF RELEVANT DOCUMENTS AND INFORMATION IN KOREA**

Young Yun Woo is one of the named inventors of the asserted United States Patent No. 6,617,929 ("the '929 patent"). Samsung asserts that Ericsson's wireless communications equipment that contain a Doherty Amplifier infringe the '929 patent. *See Compl.* ¶¶ 33-35. In order for Ericsson to rebut these assertions, it seeks relevant documents and information from Young Yun Woo regarding the conception and reduction to practice of the alleged inventions in the '929 patent as well as information regarding the scope, patentability, enforceability, and ownership of the '929 patent.

**C. JAEHYOK YI IS IN POSSESSION OF RELEVANT DOCUMENTS AND INFORMATION IN KOREA**

Jaehyok Yi is one of the named inventors of the asserted United States Patent No. 6,617,929 ("the '929 patent"). Samsung asserts that certain of Ericsson's wireless communications equipment that contain an integrated circuit device having active regions with expanded effective widths infringe the '929 patent. *See Compl.* ¶¶ 70-72. In order for Ericsson to rebut these assertions, it seeks relevant documents and information from Jaehyok Yi regarding the conception and reduction to practice of the alleged inventions in the '929 patent as well as information regarding the scope, patentability, enforceability, and ownership of the '929 patent.

**D. YOUNGOO YANG IS IN POSSESSION OF RELEVANT DOCUMENTS AND INFORMATION IN KOREA**

Youngoo Yang is one of the named inventors of the asserted United States Patent No. 6,617,929 ("the '929 patent"). Samsung asserts that certain of Ericsson's wireless communications equipment that contain an integrated circuit device having active regions with expanded effective widths infringe the '929 patent. *See Compl.* ¶¶ 70-72. In order for Ericsson

to rebut these assertions, it seeks relevant documents and information from Youngoo Yang regarding the conception and reduction to practice of the alleged inventions in the '929 patent as well as information regarding the scope, patentability, enforceability, and ownership of the '929 patent.

### E. JAE-CHON YU IS IN POSSESSION OF RELEVANT DOCUMENTS AND INFORMATION IN KOREA

Jae-Chon Yu is one of the named inventors of the asserted United States Patent No. 7,782,749 ("the '749 patent"). Samsung asserts that certain of Ericsson's wireless communications equipment that implement certain LTE wireless communications standards infringe the '749 patent. *See Compl.* ¶¶ 46-50. In order for Ericsson to rebut these assertions, it seeks relevant documents and information from Jae-Chon Yu regarding the conception and reduction to practice of the alleged inventions in the '749 patent as well as information regarding the scope, patentability, enforceability, and ownership of the '749 patent.

### F. KANG-YOON LEE IS IN POSSESSION OF RELEVANT DOCUMENTS AND INFORMATION IN KOREA

Kang-yoon Lee is one of the named inventors of the asserted United States Patent No. 6,767,813 ("the '813 patent"). Samsung asserts that certain of Ericsson's wireless communications equipment that contain an integrated circuit device having active regions with expanded effective widths infringe the '813 patent. *See Compl.* ¶¶ 70-72. In order for Ericsson to rebut these assertions, it seeks relevant documents and information from Kang-yoon Lee regarding the conception and reduction to practice of the alleged inventions in the '813 patent as well as information regarding the scope, patentability, enforceability, and ownership of the '813 patent.

### G. JONG-WOO PARK IS IN POSSESSION OF RELEVANT DOCUMENTS AND INFORMATION IN KOREA

Jong-woo Park is one of the named inventors of the asserted United States Patent No. 6,767,813 ("the '813 patent"). Samsung asserts that certain of Ericsson's wireless communications equipment that contain an integrated circuit device having active regions with expanded effective widths infringe the '813 patent. *See Compl.* ¶¶ 70-72.  In order for Ericsson to rebut these assertions, it seeks relevant documents and information from Jong-woo Park regarding the conception and reduction to practice of the alleged inventions in the '813 patent as well as information regarding the scope, patentability, enforceability, and ownership of the '813 patent.

### III.   ARGUMENT:  THE LETTERS OF REQUEST ARE NECESSARY TO OBTAIN THE DOCUMENTS AND INFORMATION FROM BUMMAN KIM, YOUNG YUN WOO, JAEHYOK YI, YOUNGOO YANG, JAE-CHON YU, KANG-YOON LEE, AND JONG-WOO PARK, AND CONFORM TO THE REQUIRED PROCEDURAL SAFEGUARDS.

The attached Letters of Request should issue for several reasons.  The information sought in the document requests and through the requested deposition is narrowly tailored to obtain relevant information related to the conception and reduction to practice of the alleged inventions in the '929, '749, and '813 patents as well as information regarding the scope, patentability, enforceability, and ownership of the '929, '749, and '813 patents and therefore bear directly on matters at issue in the ITC investigation.  The requested information, or its substantial equivalent, could not be obtained without undue hardship by alternate means because the knowledgeable witness and documents are in South Korea, which is beyond the Commission's or this Court's subpoena powers.

Ericsson recognizes that in accordance with Article 23 of the Hague Convention, the Republic of Korea will not execute Letters of Request issued for the purpose of obtaining pre-

8

trial discovery of documents where the Letter of Request (1) requires a person "to state what documents relevant to the proceedings to which the Letter of Request relates are, or have been, in his or her possession, custody or power," or (2) requires a person "to produce any documents other than particular documents specified in the Letter of Request as being documents appearing to the requested court to be, or to be likely to be, in his or her possession, custody or power." *See* Republic of Korea, Declaration 2 to Hague Convention, *available at* http://www.hcch.net/index_en.php?act=status.comment&csid=1057&disp=resdn (last visited on February 28, 2013).   Consistent with this reservation, the Letters of Request are narrowly tailored to obtain relevant information related to the conception and reduction to practice of the alleged inventions in the '929, '749, and '813 patents as well as information regarding the scope, patentability, enforceability, and ownership of the '929, '749, and '813 patents.   Furthermore, the Letters of Request does not require Bumman Kim, Young Yun Woo, Jaehyok Yi, Youngoo Yang, Jae-Chon Yu, Kang-yoon Lee, or Jong-woo Park to indicate which documents are relevant to the Investigation nor do they require Bumman Kim, Young Yun Woo, Jaehyok Yi, Youngoo Yang, Jae-Chon Yu, Kang-yoon Lee, and Jong-woo Park to produce documents other than those requested.   Lastly, the documents produced pursuant to the Letters of Request would be subject to the Protective Order in the ITC investigation, attached to each Letter of Request, thereby ensuring that the interests of Bumman Kim, Young Yun Woo, Jaehyok Yi, Youngoo Yang, Jae-Chon Yu, Kang-yoon Lee, and Jong-woo Park are adequately protected.

Ericsson is fully prepared to comply with the procedural requirements involved in obtaining the requested documents and testimony from Bumman Kim, Young Yun Woo, Jaehyok Yi, Youngoo Yang, Jae-Chon Yu, Kang-yoon Lee, and Jong-woo Park through the Letters of Request.   The necessary steps to receive judicial assistance are:

9

- Obtain a Letter of Request with the signature of a District Court judge and the seal of the District Court, and a copy thereof translated into Korean.

- The Letter of Request must include the identities of the parties, the nature of the proceedings, the discovery sought, any special procedures, the identity of the party that will bear any costs, and other information as recommended by the Hague Conventions. *See* Hague Convention, *Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*, *available at* http:/www.hcch.net/upload/actform20e.pdf (last visited February 28, 2013).

- Ericsson must transmit the Letter to the Central Authority for the Republic of Korea, submitted with a Korean translation, for enforcement in a Korean court. The Korean court will serve the requests on Bumman Kim, Young Yun Woo, Jaehyok Yi, Youngoo Yang, Jae-Chon Yu, Kang-yoon Lee, and Jong-woo Park

## IV.    CONCLUSION

For the foregoing reasons, Ericsson respectfully requests that this Court execute the proposed letters of request attached hereto as Exhibits 2-15 for transmission to the Central Authority for the Republic or Korea.

**Dated: April 8, 2013.**

> Respectfully submitted,
>
> MCKOOL SMITH, P.C.
>
> Brandon Jordan
> McKool Smith, P.C
> 1999 K Street NW, Suite 600
> Washington, D.C. 20006
> Tel: (202) 370-8300

10

Fax: (202) 370-8344
bjordan@mckoolsmith.com

**ATTORNEY FOR PETITIONERS**
**ERICSSON INC. AND**
**TELEFONAKTIEBOLAGET LM ERICSSON**

11